Castel, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Civil Docket No.: 1:15-cv-04283 (PKC)

MARIA TORRES,

                          Plaintiff,

     -against-

TARGET CORPORATION,

                        Defendant.
------------------------------------------------------------------X

STIPULATION OF VOLUNTARY DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-16

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between the undersigned, the attorneys of record for the plaintiff and defendant in the above-titled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that all claims asserted by and between the above-noted parties are hereby discontinued with prejudice without costs to any party as against the other.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that this Stipulation may be filed in counterparts and without further notice with the Clerk of the Court and that a facsimile copy may be considered an original for purposes of filing this Stipulation.

Dated: New York, New York
       March 22, 2016

Steven G. Ehrlich, P.C.

By: _____
      Steven G. Ehrlich
Attorneys for Plaintiff
Maria Torres
100 Park Avenue – 16th Floor
New York, New York 10017
Tel: (212) 410-2600

Marshall Dennehey Warner Coleman & Goggin

By: _____
      Steven M. Christman
Attorneys for Defendant
Target Corporation
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10038
Tel: (212) 376-6400

## SO ORDERED:

_____

**U.S.D.J.**

4 - 21 - 16